# Lowenstein Sandler LLP

**Ryan M. Wilson**
Counsel

1251 Avenue of the Americas
New York, NY 10020
T 646.414.6917
rwilson@lowenstein.com

August 5, 2015

**VIA ECF**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **APEX Employee Wellness Services, Inc. v. APS Healthcare Bethesda, Inc., Docket No. 14-3191**

Dear Ms. Wolfe:

We write, on behalf of APS Healthcare Bethesda, Inc. ("APS"), to inform the Court of the status of this matter in the District Court. Currently, APS's motion for relief from final judgment, made pursuant to Federal Rules of Civil Procedure 59 and 60, remains pending. Thank you.

Respectfully submitted,

Ryan M. Wilson